MICHAEL J. ROESSNER, DC SBN 501875
Email: Roessnerm@sec.gov
Attorney for Plaintiff
Assistant Chief Litigation Counsel
Division of Enforcement
Securities and Exchange Commission
100 F. Street NE, Mail Stop 5631
Washington, D.C. 20549
Telephone: (202) 551-4347
Facsimile: (703) 813-9366

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: 2:19-mc-00129-CAS(PLAx) |
| *Plaintiff/Petitioner,* | **ORDER TO SHOW CAUSE** |
| v. | |
| PETER ANTHONY DECICCO, JR., | |
| *Defendant/Respondent.* | |

Upon the Application of the Securities and Exchange Commission (the "Commission") for an order pursuant to pursuant to Section 20(c) of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77t(c), to enforce compliance by Respondent Peter Anthony DeCicco, Jr. ("DeCicco" or "Respondent") with a final Commission order entered against him on October 16, 2017, requiring DeCicco to pay a civil penalty of $50,000, pursuant to Section 17(a)(2) of the Securities Act, plus interest pursuant to 31 U.S.C. § 3717, and it appearing that an Order to Show Cause should issue, it is hereby:

**ORDERED**, that the above-captioned Respondent, Peter Anthony DeCicco,

1

Jr., shall appear before this Court in Courtroom 8D, 8th Floor, of the Courthouse located at 350 West First Street, Los Angeles, California 90012, on July 29, 2019 at 10:00 a.m. and show cause why the final Commission order requiring DeCicco to pay a civil penalty of $50,000, pursuant to Section 17(a)(2) of the Securities Act, plus interest pursuant to 31 U.S.C. § 3717 should not be granted.

**ORDERED** that Respondent shall be served pursuant to Rule 4 of the Federal Rules of Civil Procedure.

**FURTHER ORDERED**, that Respondent shall serve and file any opposing papers by 5:00 p.m. on July 8, 2019. Service shall be made by (1) physical delivery to Michael Roessner, Securities and Exchange Commission, 100 F Street, Mail Stop 5631, Washington, DC 20549-0022; (2) via e-mail to roessnerm@sec.gov; or (3) the CM/ECF system of this Court.

**FURTHER ORDERED**, that if Respondent serves and files any opposing papers, the Commission may serve and file reply papers by 5:00 p.m. on July 15, 2019 and serve such reply papers on Smith by (1) physical delivery to Smith at the address designated in his opposition papers, (2) e-mail to such address as Smith may designate, or (3) the CM/ECF system of this Court if Smith appears by counsel.

**FURTHER ORDERED**, that if the Court, after review of the papers filed, determines that oral argument is appropriate, it will schedule the same.

**FURTHER ORDERED**, that if Respondent fails to file opposing papers and/or appear at the scheduled hearing, the Court may find Respondent in default and enter an appropriate order against such party at such time without further notice being given

IT IS SO ORDERED.

Dated: June 24, 2019

*Christine A. Snyder*
UNITED STATES DISTRICT JUDGE