MICHAEL J. ROESSNER, DC SBN 501875
Email: Roessnerm@sec.gov
Attorney for Plaintiff
Assistant Chief Litigation Counsel
Division of Enforcement
Securities and Exchange Commission
100 F. Street NE, Mail Stop 5631
Washington, D.C. 20549
Telephone: (202) 551-4347
Facsimile: (703) 813-9366

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: **2:19-mc-129** |
| *Plaintiff/Petitioner,* | **FINAL JUDGMENT** |
| v. | |
| PETER ANTHONY DECICCO, JR., | |
| *Defendant/Respondent.* | |

The Plaintiff Securities and Exchange Commission (the "Commission") applied to this Court for a Judgment pursuant to Section 20(c) of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77t(c), to enforce compliance by Respondent Peter Anthony DeCicco, Jr. ("DeCicco" or "Respondent") with a final Commission order entered against him on October 16, 2017. This Commission order required Respondent to pay a civil penalty of $50,000, plus outstanding interest pursuant to 31 U.S.C. § 3717, and DeCicco having entered into a Consent to the entry of a Judgment by this Court, and it appearing to the Court that such a Judgment should enter, it is hereby:

# I.

**ORDERED, ADJUDGED, AND DECREED** that the Commission Order is enforced.

# II.

**FURTHER ORDERED, ADJUDGED, AND DECREED**, that DeCicco shall pay to the Commission a civil money penalty of $50,000, plus outstanding interest pursuant to 31 U.S.C. § 3717 until the entry of Judgment, together with postjudgment interest pursuant to 28 U.S.C. § 1961 from the date of the entry of this Judgment.

# III.

**FURTHER ORDERED, ADJUDGED, AND DECREED**, that DeCicco shall make payment in one of the following ways:

(1) DeCicco may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request;

(2) DeCicco may make direct payment from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm; or

(3) DeCicco may pay by certified check, bank cashier's check, or United States postal money order, made payable to the Securities and Exchange Commission and hand-delivered or mailed to:

Enterprise Services Center
Accounts Receivable Branch
HQ Bldg., Room 181, AMZ-341
6500 South MacArthur Boulevard

Oklahoma City, OK 73169

Payments by check or money order must be accompanied by a cover letter identifying DeCicco as Defendant in this action, and the name of this Court and the docket number of this action; a copy of the cover letter and check or money order must be sent to Michael J. Roessner, Securities and Exchange Commission, 100 F Street, NE, Mail stop 5631, Washington, DC 20549-0022. Upon such payments being fully made, the Commission will provide DeCicco with a full satisfaction of judgment and discharge any judgment lien it may have docketed.

## IV.

**FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court, subject to the foregoing, may order such relief as may be necessary for enforcement of any order of this Court as to the civil monetary penalty pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. §§ 3001 – 3308.

## V.

**FURTHER ORDERED, ADJUDGED, AND DECREED** that the hearing set for July 29, 2019, is cancelled.

## VI.

*//*

*//*

*//*

**FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment. Post Judgment interest shall accrue pursuant to 28 U.S.C. § 1961.

Dated: July 11, 2019

*Christine A. Snyder*
UNITED STATES DISTRICT JUDGE